# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### NO. 3:19 – MJ - 38

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **NOTICE OF** |
| v. ) | **UNAVAILABILITY** |
| ) | |
| **OSCAR RANGEL-GUTIERREZ** ) | |
| ) | |

NOW COMES Defendant, by and through Undersigned Counsel, and requests that the Court not schedule for hearings in the instant case on February 20 – 22, 2019 due to personal and/or professional conflicts.

This the 14TH day of February, 2019.

Respectfully submitted,

s/Rob Heroy
Rob Heroy Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
Fax: 704-372-6337
E-mail: rheroy@goodmancarr.net

# CERTIFICATE OF SERVICE

I certify that I have served the foregoing NOTICE OF UNAVAILABILITY on opposing counsel, via ECF, addressed to:

| | |
|---|---|
| Steven Kaufman | William Thomas Bozin |
| Assistant U.S. Attorney | Assistant U.S. Attorney |

This the 14TH day of February, 2019.

Respectfully submitted,

s/ W. Rob Heroy
W. Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
Fax: 704-372-6337
E-mail: rheroy@goodmancarr.net